COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
SCOTT M. McLEOD (SBN 242035)
PATRICK M. ROSVALL (SBN 217468)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | CASE NO.  2:18-cv-00500-WBS-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Judge:    Hon. William B. Shubb<br>Date:     Feb. 11, 2019<br>Time:     1:30 p.m.<br><br>Trial Date:  None Set |

## STIPULATION

Following the submission of the parties' joint status report and a status conference held

with the Honorable William B. Shubb on February 11, 2019, the parties stipulate as follows:

1.      With the exception of limited discovery as provided in Paragraph 3, below, this

lawsuit is stayed pending the issuance of a written decision by the Ninth Circuit Court of Appeal

in *Comcast of Sacramento I, LLC, et al. v. Sacramento Metropolitan Cable Television*

*Commission, et al.*, United States District Court Eastern District of California, Sacramento

Division, Case No. 2:16-CV-01264-WBS-EFB (the "Ninth Circuit Decision").

2.      Upon receipt of the Ninth Circuit Decision, the parties will promptly notify this

Court of the decision, and will at that time request that the Court order a further status conference

for this case.

3.      Subject to the Federal Rules of Civil Procedure, the parties may conduct written

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1247352.1

STIPULATION AND [PROPOSED] ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE

| | |
|---|---|
| **1** | discovery and depositions regarding the issues they referred to in their Joint Status Conference |
| **2** | Report as "Category Three" issues, namely disputes over the allocation of multi-service fees to |
| **3** | gross revenues for purposes of franchise fees paid to Plaintiff.  Except for these "Category Three" |
| **4** | issues, all discovery is stayed until further order of the Court. |
| **5** | DATED:  February 20, 2019                    COOPER, WHITE & COOPER LLP |
| **6** | |
| **7** | |
| **8** | By:      /s/ Scott M. McLeod |
| | Scott M. McLeod |
| | Attorneys for Defendant Comcast Cable |
| **9** | Communications Management, LLC |
| **10** | |
| **11** | DATED:  February 20, 2019                    BEST BEST & KRIEGER LLP |
| **12** | |
| **13** | By:      /s/ Mark Velasquez (as authorized on 2/20/19) |
| **14** | Mark Velasquez |
| | Attorneys for Plaintiff Sacramento Cable Television |
| **15** | Commission |
| **16** | **ORDER** |
| **17** | IT IS HEREBY ORDERED that: |
| **18** | 1.      With the exception of limited discovery as provided in Paragraph 3, below, this |
| **19** | lawsuit is stayed pending the issuance of a written decision by the Ninth Circuit Court of Appeal |
| **20** | in *Comcast of Sacramento I, LLC, et al. v. Sacramento Metropolitan Cable Television* |
| **21** | *Commission, et al.*, United States District Court Eastern District of California, Sacramento |
| **22** | Division, Case No. 2:16-CV-01264-WBS-EFB (the "Ninth Circuit Decision"). |
| **23** | 2.      Upon receipt of the Ninth Circuit Decision, the parties will promptly notify this |
| **24** | Court of the decision, and will at that time request that the Court order a further status conference |
| **25** | for this case. |
| **26** | 3.      Subject to the Federal Rules of Civil Procedure, the parties may conduct written |
| **27** | discovery and depositions regarding the issues they referred to in their Joint Status Conference |
| **28** | Report as "Category Three" issues, namely disputes over the allocation of multi-service fees to |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1247352.1
2
STIPULATION AND ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE

1   gross revenues for purposes of franchise fees paid to Plaintiff. Except for these "Category Three"

2   issues, all discovery is stayed until further order of the Court.

3   Dated: February 21, 2019

4

WILLIAM B. SHUBB
5   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COOPER, WHITE
& COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1247352.1

3

STIPULATION AND ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE