UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendant. | No. 2:18-cv-500 WBS EFB |
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, d/b/a COMCAST,<br><br>    Defendant. | No. 2:18-cv-1212 WBS EFB<br><br>ORDER |

----oo0oo----

A Status Conference is hereby set in these two actions for July 8, 2019, at 1:30 p.m. in Courtroom 5. No later than June 24, 2019, the parties shall meet and confer and submit a Joint Status Report in each action. The Joint Status Reports shall set forth (1) the status of each case in light of the Ninth Circuit's decision in <u>Comcast of Sacramento I, LLC v. Sacramento Metro. Cable Television Comm'n</u>, No. 17-16847, 2019 WL 2018280 (9th Cir. May 8, 2019), (2) proposed deadlines, and (3) whether the parties believe that the stays should be lifted and/or the actions consolidated. The Joint Status Reports shall also address any other issues the parties think need to be discussed at the July 8, 2019 Status Conference.

IT IS SO ORDERED.

Dated: May 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE