HARRIET A. STEINER, Bar No. 109436
MARK RANDALL VELASQUEZ, Bar No. 246732
JOSHUA NELSON, Bar No. 260803
JOANNA GIN, Bar No. 323715
Best Best & Krieger LLP
500 Capitol Mall, Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Plaintiff
Sacramento Metropolitan Cable Television
Commission

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:18-cv-00500-WBS-EFB<br>Case No. 2:18-cv-01212-WBS-EFB<br><br>**STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT**<br><br>Judge:      Hon. William B. Shubb<br>Trial Date: None Set |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

# **STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff Sacramento Metropolitan Cable Television Commission ("SMCTC") and Comcast Cable Communication Management, LLC ("Comcast"), by and through their respective attorneys of record, that SMCTC may file a First Amended Complaint in the above-entitled action for Case No. 2:18-cv-01212-WBS-EFB. A redlined version of the First Amended Complaint is attached hereto as Exhibit "A." A final version of the First Amended Complaint is attached hereto as Exhibit "B."

Defendant will file its Answer to the First Amended Complaint within twenty days after Plaintiff files the First Amended Complaint.

Dated: January 3, 2020    BEST BEST & KRIEGER LLP

By: */s/ Mark R. Velasquez*
MARK RANDALL VELASQUEZ
Attorneys for Plaintiff
SACRAMENTO METROPOLITAN CABLE
TELEVISION COMMISSION

Dated: January 3, 2020    COOPER, WHITE & COOPER LLP

By: */s/ Jill B. Rowe*
JILL B. ROWE
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

# **ORDER**

Based upon the above stipulation to allow the filing of a First Amended Complaint and good cause appearing therefore;

IT IS ORDERED that plaintiff Sacramento Metropolitan Cable Television Commission may file a First Amended Complaint in the form attached to this Stipulation and Order as Exhibit "B". Defendant shall file its Answer to the First Amended Complaint within twenty days after Plaintiff files the First Amended Complaint.

Dated: January 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE