COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
PATRICK M. ROSVALL (SBN 217468)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | CASE NO. 2:18-cv-00500-WBS-EFB<br>CASE NO. 2:18-cv-01212-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Judge: Hon. William B. Shubb<br>Date: December 9, 2019<br>Time: 1:30 p.m.<br><br>Trial Date: None Set |

## **STIPULATION**

Following a status conference held with the Honorable William B. Shubb on December 9, 2019, the parties stipulate as follows:

1. The parties will complete non-expert depositions by March 31, 2020.

2. The parties intend to file motions for summary judgment. The Court will hear the motions on April 20, 2020 at 1:30 p.m. Briefs will be filed according to Eastern District Local Rule 230, i.e., opening briefs are due March 23, 2020; opposition briefs are due April 6, 2020; and reply briefs are due April 13, 2020.

3. The parties will attend a judicial settlement conference on or after May 11, 2020, on a date to be scheduled by the Court.

4. A pre-trial conference will be held on June 8, 2020 at 1:30 p.m.

5. A two-day bench trial will be held on August 18 and 19, 2020, at 9:00 a.m.

| | | |
|---|---|---|
| DATED: January 13, 2020 | | COOPER, WHITE & COOPER LLP |
| | By: | /s/ Jill B. Rowe |
| | | Jill B. Rowe |
| | | Attorneys for Defendant Comcast Cable Communications Management, LLC |
| DATED: January 13, 2020 | | BEST BEST & KRIEGER LLP |
| | By: | /s/ Mark Velasquez (as authorized on 1/14/2020) |
| | | Mark Velasquez |
| | | Attorneys for Plaintiff Sacramento Metropolitan Cable Television Commission |

## **ORDER**

IT IS HEREBY ORDERED that:

1. The parties shall complete non-expert depositions by March 31, 2020.

2. The Court will hear the parties' motions for partial summary judgment on April 20, 2020 at 1:30 p.m. Opening briefs are due March 23, 2020; opposition briefs are due April 6, 2020; and reply briefs are due April 13, 2020.

3. The parties are hereby notified that a Settlement Conference is set before the Hon. Edmund F. Brennan, Magistrate Judge, on **5/21/2020 at 10:00 AM in Courtroom 8, 13th Floor.** Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is further directed to submit via email to EFBorders@caed.uscourts.gov a confidential settlement conference statement no later than 12:00 PM (Noon) on **5/14/2020.** Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements. However, each party shall e file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement." If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge. The parties are further required to file a waiver of disqualification as to Magistrate Judge Brennan

| | |
|---|---|
| 1 | within 7 days from the date of this order, and pursuant to Local Rule 270(b), since this judge is |
| 2 | also the Magistrate Judge assigned to this case. |
| 3 |     4.    The parties will attend a pre-trial conference with the Court on **June 8, 2020 at** |
| 4 | **1:30 p.m.** in Courtroom 5 (WBS). |
| 5 |     5.    A Bench Trial is set to commence on **August 18, 2020 at 9:00 a.m. in Courtroom** |
| 6 | **5 (WBS)**, and shall last for two days. |
| 7 | Dated: January 24, 2020 |

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE