COOPER, WHITE & COOPER LLP
EDWARD L. SEIDEL (SBN 200865)
PATRICK M. ROSVALL (SBN 217468)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | CASE NO. 2:18-cv-00500-WBS-EFB<br>CASE NO. 2:18-cv-01212-WBS-EFB<br><br>**STIPULATION AND REVISED SCHEDULING ORDER**<br><br>Judge:    Hon. William B. Shubb<br><br>Trial Date: November 10, 2020 |

## **STIPULATION**

The COVID-19 pandemic has caused significant disruptions to society, and those disruptions have had serious impacts on this case, including forcing the parties to cancel out-of-state depositions that were the predicate for the prior scheduling order.  The pandemic has also disrupted counsel's ability to conduct discovery, review case materials, prepare witnesses for depositions, prepare to take depositions, and prepare to draft and oppose the contemplated motions for summary judgment.  As a result,  the parties stipulate to a continuance of the deadlines provided in the Court's Scheduling Order entered February 19, 2020 (Docket No. 29) as stated in the numbered paragraphs below.

1. The parties will complete non-expert depositions by October 1, 2020.

2. The parties intend to file motions for summary judgment.  The Court will hear the motions on November 23, 2020 at 1:30 p.m.  Briefs will be filed according to Eastern District

Local Rule 230, i.e., opening briefs are due October 26, 2020; opposition briefs are due November 9, 2020; and reply briefs are due November 16, 2020.

This schedule reflects the re-setting of depositions previously on schedule to the following dates. The depositions may be taken remotely at the option of the noticing party and upon agreement by all parties. Depositions may be rescheduled or relocated without court approval upon the written agreement of all of the parties:

- August 26, 27 and 28, 2020, on consecutive days, for the depositions in Philadelphia of Jeff Aldi, Joseph Lance, and Marc Lockard.

- September 11, 2020: Deposition of Garth Ashpaugh in Tampa, Florida. .

- September 16 and September 17, 2020: Consecutive day depositions of Robert Davison and Steven Detrick in Sacramento.

- September 24, 2020, Deposition of LeAnn Peling in San Francisco.

Expert disclosure shall remain per FRCP Rule 26 (90 days before trial).

5. The parties will attend a judicial settlement conference between the MSJ hearing and the pre-trial conference, on a date to be scheduled by the Court. Magistrate Judge Brennan's department has indicated availabilities for a 10:00 a.m. conference on either Thursday, December 17, 2020, January 7, 2021, or January 14, 2021.

6. Following the settlement conference, a pre-trial conference will be held on a date to be determined at 1:30 p.m.

7. A two-day bench trial will be held on either March 2, 2021 or March 23, 2021, at 9:00 a.m.

DATED: April 20, 2020                    COOPER, WHITE & COOPER LLP

By: _____*Edward L. Seidel*_____
Edward L. Seidel
Attorneys for Defendant Comcast Cable
Communications Management, LLC

DATED:  April 20, 2020                     BEST BEST & KRIEGER LLP

By:     *Mark Velsaquez (as authorized 4/20/20)*
        Mark Velasquez
        Attorneys for Plaintiff Sacramento Metropolitan Cable
        Television Commission

## ORDER

IT IS HEREBY ORDERED that:

1. The parties shall complete non-expert depositions by October 1, 2020.  Expert disclosure shall remain per FRCP Rule 26 (90 days before trial).

2. The Court will hear the parties' motions for partial summary judgment on **November 30, 2020 at 1:30 p.m**.  Briefs will be filed according to Eastern District Local Rule 230.

3. The parties shall attend a judicial settlement conference on Thursday, **January 14, 2021 at 10:00 a.m.** before the Hon. Edmund F. Brennan, Magistrate Judge, in Courtroom 8, 13th Floor.

Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  Each party is further directed to submit via email to EFBorders@caed.uscourts.gov a confidential settlement conference statement no later than **January 7, 2021 by 12:00 PM (Noon).**

Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement  statements.  However, each party shall e file a one -page document entitled "Notice of Submission of Confidential Settlement Conference Statement."   If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge.  If the parties have not already done so, the parties are further required to file a waiver of disqualification as to Magistrate Judge  Brennan Case 2:18-cv-00500-WBS-EFB within 7 days from the date of this order, and pursuant to Local Rule 270(b), since this judge is also the Magistrate Judge assigned to this case.

4.	The parties will attend a pre-trial conference with the Court on **February 1, 2021 at 1:30 p.m**. in Courtroom 5 (WBS).

5.	The Court will hold a two-day bench trial commencing on **March 23, 2021, at 9:00 a.m.** in Courtroom 5 (WBS).

Dated:  April 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE