COOPER, WHITE & COOPER LLP
EDWARD L. SEIDEL (SBN 200865)
PATRICK M. ROSVALL (SBN 217468)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | CASE NO. 2:18-cv-00500-WBS-JDP<br>CASE NO. 2:18-cv-01212-WBS-JDP<br><br>**STIPULATION AND REVISED SCHEDULING ORDER**<br><br>Judge:   Hon. William B. Shubb<br><br>Trial Date: March 23, 2021 |

## STIPULATION

On Monday, January 4, 2021, as a result of scheduling issues outside of the parties' control and relating to the schedules of Magistrate Judge Brennan and Magistrate Judge Peterson, the Court vacated the Settlement Conference that was to be held on January 14, 2021. The parties and their counsel have all expressed their intent to proceed with a meaningful effort at settling prior to proceeding to trial.

The available dates offered to the parties for a settlement conference with Magistrate Judge Peterson are such that a brief continuance of the pre-trial conference and the trial date are necessary in order to hold meaningful settlement discussions and to properly prepare for the pre-trial conference.

Counsel, having conferred with each other and their respective clients, and having obtained available dates from the Court for a new settlement conference and available dates for a pre-trial

conference and bench trial, stipulate as follows and respectfully request that the Court enter an Order adjusting the Scheduling Order as follows:

1. The parties will attend a judicial settlement conference on February 24, 2021 at 9:00 a.m. before Magistrate Judge Jeremy D. Peterson and participate in a Pre-Settlement Conference Call on February 17, 2021 at 2:00 p.m.

2. A pre-trial conference will be held on March 29, 2021 at 1:30 p.m.

3. A two-day bench trial will be held on May 11, 2021 at 9:00 a.m.

4. Non-expert discovery has been concluded, expert disclosures were made on December 23, 2020, and the last day for expert witness depositions shall be on or before March 12, 2021.

DATED: January 6, 2021                COOPER, WHITE & COOPER LLP

By:    */x/ Edward L. Seidel*
Edward L. Seidel
Attorneys for Defendant Comcast Cable Communications Management, LLC

DATED: January 7, 2021                BEST BEST & KRIEGER LLP

By:    */x/ Mark Velasquez (email authorization 1/7/21)*
Mark Velasquez
Attorneys for Plaintiff Sacramento Metropolitan Cable Television Commission

## **ORDER**

IT IS HEREBY ORDERED that:

1. The parties shall attend a judicial settlement conference on February 24, 2021 at 9:00 a.m. before Magistrate Judge Jeremy D. Peterson and participate in a Pre-Settlement Conference Call on February 17, 2021 at 2:00 p.m.

Each party is directed to have a principal capable of disposition at the Settlement

Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.

Each party is further directed to submit a confidential settlement conference statement on February 10, 2021.  Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements.  However, each party shall electronically file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."   If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge.  If the parties have not already done so, the parties are further required to file a waiver of disqualification as to Magistrate Judge Peterson within 7 days from the date of this order, and pursuant to Local Rule 270(b), since this judge is also the Magistrate Judge assigned to this case.

2. The parties will attend a pre-trial conference with the Court on March 29, 2021 at 1:30 p.m. in Courtroom 5 (WBS).

3. The Court will hold a two-day bench trial commencing on May 11, 2021 at 9:00 a.m. in Courtroom 5 (WBS).

4. The last day for expert witness depositions shall be on or before March 12, 2021.

Dated:  January 7, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE